Debra Aspland, a Minor, by Glen Aspland, Her Father and Guardian, and Glen Aspland, Plaintiffs-Appellees, v. BettiJean M. McMaster, Defendant-Appellant.

Gen. No. 11,650.

Second District, First Division.

March 1, 1963.

Maynard & Maynard, of Rockford (James F. Maynard, of counsel), for appellant; Reno, Zahm, Folgate & Skolrood, of Rockford (Robert K. Skolrood, of counsel), for appellees. Opinion by PRESIDING JUSTICE McNEAL. **Not to be published in full.**